374 A.2d 732

Whitby, et al. v. Southeastern Greene School District (et al., Appellant).

Argued April 13, 1977. Gary N. Altman, for appellant; James A. Beinkemper, with him Herbert Margolis, for appellees.

Judgment affirmed.

VAN der VOORT, J., absent.